IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 09 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-01190-BNB
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

NICK MILLER,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
THE FEDERAL BUREAU OF PRISONS,
HARLEY LAPPIN, Director F.B.O.P.,
MICHAEL NALLEY, Regional Dir. F.B.O.P.,
RENEE GARCIA, Warden/F.C.I. Englewood,
DR. THOMAS KRAUSE, Doctor/F.C.I. Englewood,
DR. HIDEYA TSUDA, Doctor/F.C.I. Englewood,
MARK IPPOLITO, Head of Medical/F.C.I. Englewood,
CHARLIE KUDLAUSKAS, P.A./F.C.I. Englewood, and
HERIBERTO GARZA, M.L.P./F.C.I. Englewood,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, a Prisoner Complaint, a "Complaint of Law" and a Letter regarding the address of Dr. Tsuda. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) __ is not submitted
(2) __ is missing affidavit
(3) xx is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing: (account statement submitted does not cover 6-month period immediately preceding this filing)
(4) __ is missing certificate showing current balance in prison account
(5) __ is missing required financial information
(6) __ is missing an original signature by the prisoner
(7) __ is not on proper form (must use the court's current form)
(8) __ names in caption do not match names in caption of complaint, petition or habeas application
(9) __ An original and a copy have not been received by the court. Only an original has been received.
(10) xx other: Account statement is necessary only if $350.00 filing fee is not paid in advance.

**Complaint, Petition or Application:**
(11) __ is not submitted
(12) __ is not on proper form (must use the court's current form)
(13) __ is missing an original signature by the prisoner
(14) __ is missing page nos. __
(15) __ uses et al. instead of listing all parties in caption
(16) __ An original and a copy have not been received by the court. Only an original has been received.
(17) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) __ names in caption do not match names in text
(19) __ other _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED May 9, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01190-BNB

Nick Miller
Reg. No. 08801-029
FCI Englewood
9595 W Quincy Ave
Littleton, CO 80123

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on May 9, 2011.

                                     GREGORY C. LANGHAM, CLERK

                                     By: _____
                                                       Deputy Clerk